IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GPS DISTRIBUTOR, INC.,

    **Plaintiff,**

    v.

POWERMAX BATTERY (USA) INC.,

    **Defendant.**

CIVIL NO. 14-1667 (JAG)

### MEMORANDUM & ORDER

GARCIA-GREGORY, D.J.

    Before the Court is a Motion for Summary Judgment filed by Defendant Powermax Battery (USA) Inc., on December 24, 2015 ("Defendant"). Docket No. 42. After considering Plaintiffs' objections, and a *de novo* review of the record and the parties' arguments, the Court determines that the Magistrate's Report & Recommendation is well grounded in both fact and law. Therefore, the Court hereby ADOPTS in its entirety the Magistrate's Report & Recommendation for the reasons stated therein, Docket No. 94 and, accordingly, GRANTS IN PART AND DENIES IN PART Defendant's Motion for Summary Judgment. Docket No. 42.

    IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of September, 2016.

                                              S/ Jay A. Garcia-Gregory
                                              JAY A. GARCIA-GREGORY
                                              United States District Judge